**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DANIEL FERGUSON, et al.,**

    **Plaintiffs,**

v.                                                                                    Case No.  8:03-cv-539-T-30MSS

**BOMBARDIER SERVICES**
**CORPORATION, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion to Compel Compliance with Court Minute Entry of 8 April 2005 (Dkt. #233) and Defendants' Motion for Leave to File No Evidence Summary Judgments (Dkt. #234).  These motions were discussed in open Court and are hereby DENIED.  However, Plaintiffs are admonished that it appears the case against Bombardier, Inc. is non-existent, and the case against Bombardier Aerospace is vague.  Plaintiffs claim that Bombardier Aerospace "shared responsibility for accomplishing the maintenance task identified in the statement of work for the" subject aircraft.  There is no identification of any existing contractual duties on the part of Bombardier Aerospace.

In open Court and now again in this Order, this Court is directing Plaintiffs to dismiss any Defendant against which it has no viable claim.  These issues will be considered by the

Court at the directed verdict stage and Rule 11 sanctions will be considered if Plaintiffs' claims are frivolous.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion to Compel Compliance with Court Minute Entry of 8 April 2005 (Dkt. #233) is DENIED.

2. Defendants' Motion for Leave to File No Evidence Summary Judgments (Dkt. #234) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on May 31, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\BOMBARDIER\Compel & Leave Motions.233 & 234.frm