**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DANIEL FERGUSON, et al.,**

    **Plaintiffs,**

**v.**                                                                              Case No.  8:03-cv-539-T-30MSS

**BOMBARDIER SERVICES**
**CORPORATION, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the Plaintiffs' Motion to Prevent Defendants from Arguing that Violation of Army Regulations is Negligence Per Se (Dkt. #258).  There was no response from the Defendants.  The Court, being advised in the premises, determines that the Motion should be and is hereby GRANTED.

It is therefore ORDERED AND ADJUDGED that:

1.  Plaintiffs' Motion to Prevent Defendants from Arguing that Violation of Army Regulations is Negligence Per Se (Dkt. #258) is GRANTED.

**DONE** and **ORDERED** in Tampa, Florida on May 31, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\BOMBARDIER\PreventMotion.Dkt 258.frm