**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DANIEL FERGUSON, et al.,**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　Case No.  8:03-cv-539-T-30MSS

**BOMBARDIER SERVICES**
**CORPORATION, et al.,**

    **Defendants.**
_____/

## ORDER ON DEFENDANTS' MOTION FOR RECONSIDERATION

THIS CAUSE comes before the Court upon Defendants' Motion for Reconsideration of this Court's Order Denying Defendant's Motion in Limine to Exclude Reference or Allegations of Insufficient Testing (Dkt. #269), and Plaintiffs' response thereto (Dkt. #285). Being advised in the premises, the Court determines that the Motion should be and is hereby DENIED.

It is therefore ORDERED AND ADJUDGED that:

1.　Defendants' Motion for Reconsideration of this Court's Order Denying Defendant's Motion in Limine to Exclude Reference or Allegations of Insufficient Testing (Dkt. #269) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on May 31, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\BOMBARDIER\ReconsiderationMotion.Dkt 269.frm