**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DANIEL FERGUSON, et al.,**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　　　Case No.  8:03-cv-539-T-30MSS

**BOMBARDIER SERVICES**
**CORPORATION, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Donald Earl Kidd's Motion to Intervene in Bartels v. Bombardier, Inc., et al., Case Number 02-61228, as well as the Consolidated Cases Set Forth Above in the Style or Alternative Motion to Direct Clerk to Recognize Appearance of Counsel (Dkt. #284).  The Court, being advised in the premises, determines that it is appropriate for Donald Earl Kidd to be allowed to intervene in the individual case in which he has a potential interest, the case of <u>Martha Bartels, as Personal Representative of the Estate of Matthew E. Kidd, Deceased, v. Bombardier, Inc., et al.</u>, **case number #8:03-cv-1387-T-30TGW**.  The Motion is GRANTED in that limited respect and DENIED in all other respects.

It is therefore ORDERED AND ADJUDGED that:

1.　　Donald Earl Kidd's Motion to Intervene in Bartels v. Bombardier, Inc., et al., Case Number 02-61228, as well as the Consolidated Cases Set Forth Above in the Style or

Alternative Motion to Direct Clerk to Recognize Appearance of Counsel (Dkt. #284) is GRANTED in the limited respect described above and DENIED in all other respects.

**DONE** and **ORDERED** in Tampa, Florida on June 2, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\BOMBARDIER\InterveneDonaldKidd.Dkt 284.frm