**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

<u>**IN RE: C-23B+ SHERPA S/N 03-1336 CRASH ON MARCH 3, 2001**</u>

1. **8:03-CV-539-T-30MSS**
2. 8:03-CV-540-T-30MSS
3. 8:03-CV-541-T-30TGW
4. 8:03-CV-542-T-30TBM
5. 8:03-CV-544-T-30MSS
6. 8:03-CV-548-T-30MSS
7. 8:03-CV-549-T-30TBM
8. 8:03-CV-550-T-30TGW
9. 8:03-CV-551-T-30EAJ
10. 8:03-CV-552-T-30TGW
11. 8:03-CV-553-T-30MAP
12. 8:03-CV-554-T-30TGW
13. 8:03-CV-555-T-30MAP
14. 8:03-CV-556-T-30MAP
15. 8:03-CV-557-T-30TBM
16. 8:03-CV-558-T-30EAJ
17. 8:03-CV-559-T-30TGW
18. 8:03-CV-560-T-30TBM
19. 8:03-CV-561-T-30EAJ
20. 8:03-CV-1380-T-30MSS
21. 8:03-CV-1381-T-30MAP
22. 8:03-CV-1382-T-30TGW
23. 8:03-CV-1383-T-30TGW
24. 8:03-CV-1384-T-30MSS
25. 8:03-CV-1385-T-30TGW
26. 8:03-CV-1386-T-30EAJ
27. 8:03-CV-1387-T-30TBM
28. 8:03-CV-1388-T-30MAP
29. 8:03-CV-1389-T-30TBM
30. 8:03-CV-1390-T-30EAJ
31. 8:03-CV-1391-T-30MAP
32. 8:03-CV-1392-T-30TBM
33. 8:03-CV-1393-T-30TBM
34. 8:03-CV-1394-T-30TBM
35. 8:03-CV-1395-T-30MSS
36. 8:03-CV-1396-T-30TGW
37. 8:03-CV-1397-T-30EAJ
38. 8:03-CV-1398-T-30EAJ
39. 8:03-CV-1399-T-30TBM
40. 8:03-CV-1400-T-30EAJ

## **ORDER OF REASSIGNMENT**

Upon review and consideration, it is **ORDERED:**

1. The Order of Transfer (Dkt. #301) entered on June 2, 2005, in consolidated case number 8:03-cv-539-T-30MSS is hereby **VACATED**.

2. The above-mentioned cases are **REASSIGNED** to the Honorable Gregory Presnell, Middle District of Florida, Orlando Division, with his consent. The trial with Judge Presnell beginning on **WEDNESDAY, JULY 13, 2005, at 9:00 A.M.** will be on the issue of Defendants' liability to the Plaintiffs in all cases, and on the issue of damages in the case of <u>Richardson v. Bombardier Services, et al.</u>, case number 8:03-cv-544-T-30MSS. Following

said trial, Judge Presnell shall determine whether to reassign the remaining cases back to this Court for trials on the issue of damages.

     **DONE** and **ORDERED** in Tampa, Florida on June 2, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
The Honorable Gregory Presnell, Orlando
Counsel/Parties of Record

S:\Odd\2003\BOMBARDIER\TransferTrial.Presnell.wpd