**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

<u>**IN RE: C-23B+ SHERPA S/N 03-1336 CRASH ON MARCH 3, 2001**</u>

| | | |
|---|---|---|
| 1.  **8:03-CV-539-T-30MSS** | 13. 8:03-CV-561-T-30EAJ | 24. 8:03-CV-1394-T-30TBM |
| 2.  8:03-CV-541-T-30TGW | 14. 8:03-CV-1380-T-30MSS | 25. 8:03-CV-1395-T-30MSS |
| 3.  8:03-CV-542-T-30TBM | 15. 8:03-CV-1383-T-30TGW | 26. 8:03-CV-1396-T-30TGW |
| 4.  8:03-CV-544-T-30MSS | 16. 8:03-CV-1384-T-30MSS | |
| 5.  8:03-CV-550-T-30TGW | 17. 8:03-CV-1385-T-30TGW | |
| 6.  8:03-CV-551-T-30EAJ | 18. 8:03-CV-1386-T-30EAJ | |
| 7.  8:03-CV-552-T-30TGW | 19. 8:03-CV-1387-T-30TBM | |
| 8.  8:03-CV-554-T-30TGW | 20. 8:03-CV-1390-T-30EAJ | |
| 9.  8:03-CV-555-T-30MAP | 21. 8:03-CV-1391-T-30MAP | |
| 10. 8:03-CV-556-T-30MAP | 22. 8:03-CV-1392-T-30TBM | |
| 11. 8:03-CV-557-T-30TBM | 23. 8:03-CV-1393-T-30TBM | |
| 12. 8:03-CV-559-T-30TGW | | |

# **<u>AMENDED ORDER OF REASSIGNMENT</u>**

Upon review and consideration, it is **ORDERED:**

1. The Order of Transfer (Dkt. #301) entered on June 2, 2005, in consolidated case number 8:03-cv-539-T-30MSS is hereby **VACATED**.

2. The above-mentioned cases are **REASSIGNED** to the Honorable Gregory Presnell, Middle District of Florida, Orlando Division, with his consent. The trial with Judge Presnell beginning on **WEDNESDAY, JULY 13, 2005, at 9:00 A.M.** will be on the issue of Defendants' liability to the Plaintiffs in all cases, and on the issue of damages in the case of <u>Richardson v. Bombardier Services, et al.</u>, case number 8:03-cv-544-T-30MSS. Following

said trial, Judge Presnell shall determine whether to reassign the remaining cases back to this Court for trials on the issue of damages.

      **DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

                                      JAMES S. MOODY, JR.
                                      UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
The Honorable Gregory Presnell, Orlando
Counsel/Parties of Record

S:\Odd\2003\BOMBARDIER\TransferTrial.Presnell.wpd