# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

Consolidated under Case No. 8:03-cv-539-T-31DAB
Case No. 8:03-cv-544-T-31DAB

|  | Pre-Consolidated Case Nos.: |
|---|---|
| DANIEL FERGUSON, as Personal Representative of the Estate of JAMES PATRICK FERGUSON, Deceased, and ANN MARENETTE, his mother. | 8:03-cv-539-T-30MSS<br>8:03-cv-1396-T-30TGW |
| BEVERLY A. RICHARDSON[1], as Personal Representative of the Estate of EDWIN B. RICHARDSON, Deceased and on behalf of MATTHEW C. RICHARDSON and THOMAS A. RICHARDSON, Children of EDWIN B. RICHARDSON, Deceased. | **8:03-cv-544-T-30MSS**<br>8:03-cv-1391-T-30MAP |
| BONNIE BENINATI, as Personal Representative of the Estate of JAMES BENINATI, Deceased and as Guardian of JULIE BENINATI, a Minor, AMY BENINATI, a Minor, JARED BENINATI, a Minor, and KENAN BENINATI, a Minor. | 8:03-cv-541-T-30TGW<br>8:03-cv-1380-T-30MSS |
| TINA BRIDGES, as Personal Representative of the Estate of ANDREW H. BRIDGES and as Guardian of ERICA BRIDGES, a Minor and MADISON BRIDGES, a Minor and JANET ELIZABETH KARISTINOS, his Mother. | 8:03-cv-561-T-30EAJ<br>8:03-cv-1383-T-30TGW |
| JANEAN BREUSS, as Personal Representative of the Estate of ERNEST BLAWAS, Deceased, and CHRISTINA BROWN, surviving daughter of ERNEST BLAWAS, Deceased. | 8:03-cv-552-T-30TGW<br>8:03-cv-1385-T-30TGW |
| JAMIE PITTMAN, as Personal Representative of the Estate of PAUL E. CRAMER, and as Guardian of BENJAMIN ENNO CRAMER, a Minor, SARAH JEAN CRAMER, a Minor and ISAAC NATHANIEL CRAMER, a Minor. | 8:03-cv-550-T-30TGW<br>8:03-cv-1393-T-30TM |
| ELIZABETH ANN MANSKE, as Personal Representative of the Estate of MICHAEL E. EAST, Deceased, and as | 8:03-cv-557-T-30TBM<br>8:03-cv-1386-T-30EAJ |

---

[1] The Richardson Case No. 8:03-cv-544-T-30MSS was selected as a representative damages case from the 13 active Plaintiffs which were all consolidated and tried as to liability under the Ferguson style, Case No. 8:03-cv-539-T-30MSS.

| | |
|---|---|
| Guardian of SAVANNAH MANSKE-EAST, a Minor and on behalf of ELIZABETH ANN SMITH, a Minor. | |
| CAROL ELKIN, as Personal Representative of the Estate of RONALD ELKIN, Deceased, and on behalf of his Survivors RONALD ELKIN, JR. and DONNA ELKIN, children of RONALD ELKIN, Deceased. | 8:03-cv-551-T-30EAJ<br>8:03-cv-1392-T-30TBM |
| MARTHA BARTELS, as Personal Representative of the Estate of MATHREW E. KIDD, Decease and DONALD EARL KIDD, Intervenor. | 8:03-cv-554-T-30TGW<br>8:03-cv-1387-T-30TBM |
| ROXANNE LANE, as Personal Representative of the Estate of MICHAEL LANE, Deceased. | 8:03-cv-555-T-30MAP<br>8:03-cv-1394-T-30TBM |
| LUCINDA SHELBY, as Personal Representative of the Estate of DEAN J. SHELBY, Deceased, and as Guardian of AMANDA SHELBY, a Minor, and on behalf of ZACHARY SHELBY, son of DEAN J. SHELBY, Deceased. | 8:03-cv-556-T-24MAP<br>8:03-cv-1395-T-30MSS |
| KATHERYN SKURUPEY, as Personal Representative of the Estate of GREGORY SKURUPEY, Deceased, and as Guardian of LOGAN SKURUPEY, a Minor, and SHERIDAN SKURUPEY, a Minor, the surviving children of GREGORY SKURUPEY, Deceased. | 8:03-cv-542-T-30TBM<br>8:03-cv-1390-T-30EAJ |
| ELLEN SUMMERELL, as Personal Representative of the Estate of RICHARD SUMMERELL, Deceased, and on behalf of DANIEL PATRICK SUMMERELL, MARY ELIZABETH SUMMERELL, JENNIFER LYNN MENTA SUMMERELL, and MATTHEW MARK SUMMERELL, surviving children of RICHARD SUMMERELL, Deceased. | 8:03-cv-559-T-30TGW<br>803-cv-1384-T-30MSS |

   Plaintiffs,

vs.

BOMBARDIER SERVICES CORPORATION;
and SHORT BROTHERS PLC,

   Defendants.
_____/

## **ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:    BOMBARDIER DEFENDANTS' MOTION TO TAX COSTS (Doc. No. 499)**
>
> **FILED:      August 29, 2005**
> _____
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Entitlement to costs was determined in the previously entered judgments in favor of Bombardier Services Corporation and Short Brothers PLC (Doc. No. 497). Costs are to be taxed by the Clerk upon presentation of a bill of costs (F.R.Civ.P. 54(d)(1)). Costs thus taxed may be reviewed by motion by any party.

Accordingly, the motion is denied without prejudice to Movants' filing a bill of costs within 7 days of this Order.

**DONE** and **ORDERED** in Orlando, Florida on August 30, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record