**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BEVERLY RICHARDSON, et al.,**

          **Plaintiffs,**

-vs-                                  **Case No.   8:03-cv-544-T-31MSS**
                                      **(also docketed in 8:03-cv-539-T-31MSS)**

**BOMBARDIER, INC., et al.,**

          **Defendants.**
_____

## ORDER

On August 29, 2005, Defendants filed their Motion to Tax Costs (Doc. 125). Although Plaintiffs have not responded thereto and the Motion is therefore unopposed, the Court cannot discern whether the costs sought to be taxed are consistent with 28 U.S.C. section 1920. *See E.E.O.C. v. W & O, Inc.*, 213 F.3d 600 (11th Cir. 2000). It is, therefore

**ORDERED** that Defendants' Motion is DENIED, without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 6, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party