**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
Consolidated under Case No. 8:03-cv-539-T-31DAB
Case No. 8:03-cv-544-T-31DAB

|  | Pre-Consolidated Case Nos.: |
|---|---|
| DANIEL FERGUSON, as Personal Representative of the Estate of JAMES PATRICK FERGUSON, Deceased, and ANN MARENETTE, his mother. | 8:03-cv-539-T-30MSS<br>8:03-cv-1396-T-30TGW |
| BEVERLY A. RICHARDSON[1], as Personal Representative of the Estate of EDWIN B. RICHARDSON, Deceased and on behalf of MATTHEW C. RICHARDSON and THOMAS A. RICHARDSON, Children of EDWIN B. RICHARDSON, Deceased. | **8:03-cv-544-T-30MSS**<br>8:03-cv-1391-T-30MAP |
| BONNIE BENINATI, as Personal Representative of the Estate of JAMES BENINATI, Deceased and as Guardian of JULIE BENINATI, a Minor, AMY BENINATI, a Minor, JARED BENINATI, a Minor, and KENAN BENINATI, a Minor. | 8:03-cv-541-T-30TGW<br>8:03-cv-1380-T-30MSS |
| TINA BRIDGES, as Personal Representative of the Estate of ANDREW H. BRIDGES and as Guardian of ERICA BRIDGES, a Minor and MADISON BRIDGES, a Minor and JANET ELIZABETH KARISTINOS, his Mother. | 8:03-cv-561-T-30EAJ<br>8:03-cv-1383-T-30TGW |
| JANEAN BREUSS, as Personal Representative of the Estate of ERNEST BLAWAS, Deceased, and CHRISTINA BROWN, surviving daughter of ERNEST BLAWAS, Deceased. | 8:03-cv-552-T-30TGW<br>8:03-cv-1385-T-30TGW |
| JAMIE PITTMAN, as Personal Representative of the Estate of PAUL E. CRAMER, and as Guardian of BENJAMIN ENNO CRAMER, a Minor, SARAH JEAN CRAMER, a Minor and ISAAC NATHANIEL CRAMER, a Minor. | 8:03-cv-550-T-30TGW<br>8:03-cv-1393-T-30TM |
| ELIZABETH ANN MANSKE, as Personal Representative of the Estate of MICHAEL E. EAST, Deceased, and as | 8:03-cv-557-T-30TBM<br>8:03-cv-1386-T-30EAJ |

---

[1] The Richardson Case No. 8:03-cv-544-T-30MSS was selected as a representative damages case from the 13 active Plaintiffs which were all consolidated and tried as to liability under the Ferguson style, Case No. 8:03-cv-539-T-30MSS.

| | |
|---|---|
| Guardian of SAVANNAH MANSKE-EAST, a Minor and on behalf of ELIZABETH ANN SMITH, a Minor. | |
| CAROL ELKIN, as Personal Representative of the Estate of RONALD ELKIN, Deceased, and on behalf of his Survivors RONALD ELKIN, JR. and DONNA ELKIN, children of RONALD ELKIN, Deceased. | 8:03-cv-551-T-30EAJ<br>8:03-cv-1392-T-30TBM |
| MARTHA BARTELS, as Personal Representative of the Estate of MATHREW E. KIDD, Decease and DONALD EARL KIDD, Intervenor. | 8:03-cv-554-T-30TGW<br>8:03-cv-1387-T-30TBM |
| ROXANNE LANE, as Personal Representative of the Estate of MICHAEL LANE, Deceased. | 8:03-cv-555-T-30MAP<br>8:03-cv-1394-T-30TBM |
| LUCINDA SHELBY, as Personal Representative of the Estate of DEAN J. SHELBY, Deceased, and as Guardian of AMANDA SHELBY, a Minor, and on behalf of ZACHARY SHELBY, son of DEAN J. SHELBY, Deceased. | 8:03-cv-556-T-24MAP<br>8:03-cv-1395-T-30MSS |
| KATHERYN SKURUPEY, as Personal Representative of the Estate of GREGORY SKURUPEY, Deceased, and as Guardian of LOGAN SKURUPEY, a Minor, and SHERIDAN SKURUPEY, a Minor, the surviving children of GREGORY SKURUPEY, Deceased. | 8:03-cv-542-T-30TBM<br>8:03-cv-1390-T-30EAJ |
| ELLEN SUMMERELL, as Personal Representative of the Estate of RICHARD SUMMERELL, Deceased, and on behalf of DANIEL PATRICK SUMMERELL, MARY ELIZABETH SUMMERELL, JENNIFER LYNN MENTA SUMMERELL, and MATTHEW MARK SUMMERELL, surviving children of RICHARD SUMMERELL, Deceased. | 8:03-cv-559-T-30TGW<br>803-cv-1384-T-30MSS |

       Plaintiffs,
vs.

BOMBARDIER SERVICES CORPORATION;
and SHORT BROTHERS PLC,

       Defendants.
_____/

# ORDER

This cause comes before the Court on Plaintiffs' Objection to Bombardier Defendants' Bill of Costs and Opposition to Bombardier Defendants' Motion for Reconsideration Re: Taxation of Costs (Doc. No. 564) filed June 30, 2006 and Plaintiffs' Objection to Defendant Rockwell Collins Inc.'s Bill of Costs and Opposition to Rockwell Collins Inc.'s Motion for Reconsideration Re: Taxation of Costs filed June 30, 2006.

On January 30, 2007, the United States Magistrate Judge issued a report (Doc. No. 571) recommending that the objection should be granted in part and denied in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiffs' Objections to Bombardier's and Rockwell's Bill of Costs and Oppositions to both Defendants' Motions for Reconsideration Re: Taxation of Costs is GRANTED in part and DENIED in part.

3. The Orlando Division Clerk's Office is directed to modify the award of costs and enter a Cost Judgment on behalf of to Rockwell Collins in the amount of $11,105.00 and, on behalf of Bombardier in the amount of $20,815.00 ($854.00 for Rockwell Collins and $1,061.00 to Bombardier for each of the thirteen active Plaintiffs') and thereafter CLOSE the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 21st day of February, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE